————o————

JEMIMA SHAW, Plaintiff in Error, *vs.* JOHN J. DINWIDDIE, Defendant in Error.

1. *Practice, civil—Supreme Court—Final judgment.*—A writ of error will be dismissed when there was no final judgment in the court below.

*Error to Morgan Circuit Court.*

*A. W. Anthony,* for Plaintiff in Error.

*Draffin,* for Defendant in Error.

SHERWOOD Judge, delivered the opinion of the court.

There is no final judgment in this cause, and for that reason the writ of error will be dismissed. Judge Adams absent. The other judges concur.